Kayla Anne Elizabeth GRECO, a minor child, by her next friend, Jeff GRECO, and Jeff Greco, individually, Petitioners/Respondents,

v.

Yvonne BEAIRD, a/k/a Yvonne Akers, Respondent/Respondent,

and

Judith Duff, Respondent/Appellant.

No. ED 81142.

Missouri Court of Appeals,
Eastern District,
Division Five.

June 17, 2003.

Barbara Kemery, St. Louis, MO, for appellant.

Robert M. Wohler, O'Fallon, MO, for respondent.

Before LAWRENCE E. MOONEY, C.J., LAWRENCE G. CRAHAN, J., and ROBERT E. CRIST, Sr.J.

### ORDER

PER CURIAM.

Judith Duff appeals the judgment declaring Jeff Greco to be the natural father of his minor child, and awarding him primary physical and legal custody. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no jurisprudential purpose. We have, however, provided the parties a memorandum opinion setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).